**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: RESILLO PRESS PAD CO. § Case No. 13-02916
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 25, 2013. The undersigned trustee was appointed on January 25, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      22,684.84

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 18.10 |
| Bank service fees | 574.16 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]      $ | 22,092.58 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/13/2013 and the deadline for filing governmental claims was 07/24/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,018.48. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,018.48, for a total compensation of $3,018.48.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $32.03, for total expenses of $32.03.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/09/2014    By: /s/RICHARD M. FOGEL
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-02916  
**Case Name:** RESILLO PRESS PAD CO.  

**Period Ending:** 10/09/14

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 01/25/13 (f)  
**§341(a) Meeting Date:** 03/12/13  
**Claims Bar Date:** 06/13/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | First Midwest Bank Checking Account<br>    Imported from original petition Doc# 1 | 2,482.32 | 1,911.15 | | 1,841.42 | FA |
| 2 | Deposits with Nicor Gas - 3 payments of $6610.10<br>    Imported from original petition Doc# 1 | 14,239.98 | Unknown | | 6,442.36 | FA |
| 3 | Insurance Policies<br>    Imported from original petition Doc# 1 | 0.00 | Unknown | | 137.00 | FA |
| 4 | Accounts Receivable - total on books $68,826.34.<br>    Imported from original petition Doc# 1 | Unknown | Unknown | | 11,764.06 | FA |
| 5 | 2004 Nissan Murano<br>    Imported from original petition Doc# 1  (See Footnote) | 6,500.00 | 6,500.00 | | 2,500.00 | FA |
| 6 | Forklift Truck - approx 8 years old<br>    Imported from original petition Doc# 1  (See Footnote) | 3,000.00 | 3,000.00 | OA | 0.00 | FA |
| 7 | 2 Safes, 4 filing cabinets and miscellaneous off<br>    Imported from original petition Doc# 1  (See Footnote) | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 8 | 3 desktops and main frame - all 3-5 years old<br>    Imported from original petition Doc# 1  (See Footnote) | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 9 | Equipment: hydraulic presses, spot welders, etc.<br>    Imported from original petition Doc# 1  (See Footnote) | 25,000.00 | 0.00 | OA | 0.00 | FA |
| 10 | Carts and Conveyor System - affixed to real prop<br>    Imported from original petition Doc# 1  (See Footnote) | Unknown | Unknown | OA | 0.00 | FA |
| 11 | Air Compressor - purchased 6 years ago<br>    Imported from original petition Doc# 1  (See Footnote) | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 12 | Inventory: finished goods<br>    Imported from original petition Doc# 1  (See Footnote) | 0.00 | 0.00 | OA | 0.00 | FA |
| 12 Assets Totals (Excluding unknown values) | $56,722.30 | $11,411.15 | | $22,684.84 | $0.00 |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-02916　　　　　　　　　　　　　　**Trustee:**　　(330720)　　RICHARD M. FOGEL
**Case Name:** RESILLO PRESS PAD CO.　　　　　　　**Filed (f) or Converted (c):** 01/25/13 (f)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:** 03/12/13
**Period Ending:** 10/09/14　　　　　　　　　　　　　　**Claims Bar Date:** 06/13/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| RE PROP# 5　　Per o/c dated 4-23-13 | | | | | |
| RE PROP# 6　　Abandoned per o/c 5-8-13 | | | | | |
| RE PROP# 7　　Abandoned per o/c 5-8-13 | | | | | |
| RE PROP# 8　　Abandoned per o/c 5-8-13 | | | | | |
| RE PROP# 9　　Abandoned per o/c 5-8-13 | | | | | |
| RE PROP# 10　Abandoned per o/c 5-8-13 | | | | | |
| RE PROP# 11　Abandoned per o/c 5-8-13 | | | | | |
| RE PROP# 12　Abandoned per o/c 5-8-13 | | | | | |

**Major Activities Affecting Case Closing:**

　　　　Assets administered.  Lift stay motions by multiple asbestos claimants pending before Bankruptcy Court involve discovery disputes.  Next hearing in May.

**Initial Projected Date Of Final Report (TFR):**　　June 30, 2014　　　　**Current Projected Date Of Final Report (TFR):**　　September 30, 2014

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-02916 | | Trustee: | RICHARD M. FOGEL (330720) |
| Case Name: | RESILLO PRESS PAD CO. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1366 - Checking Account |
| Taxpayer ID #: | **-***3345 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/09/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/11/13 | {4} | SOUTHWEST LAUNDRY EQUIPMENT | Final payment ##34580. 34581 & 34584 | 1121-000 | 1,695.50 | | 1,695.50 |
| 02/11/13 | {4} | ZELLERMAYER SUPPLY CORP. | Installment payment | 1121-000 | 568.56 | | 2,264.06 |
| 02/11/13 | {4} | ZELLERMAYER SUPPLY COMPANY | Installment payment | 1121-000 | 500.00 | | 2,764.06 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,754.06 |
| 03/19/13 | {1} | FIRST MIDWEST BANK | Balance on deposit in checking account | 1129-000 | 1,841.42 | | 4,595.48 |
| 03/26/13 | {5} | LEO PEARL | Offer for right, title and interest in Nissan | 1129-000 | 2,500.00 | | 7,095.48 |
| 03/28/13 | {3} | METLIFE | Premium suspense | 1129-000 | 88.00 | | 7,183.48 |
| 03/28/13 | {2} | NICOR | Refund | 1129-000 | 5,630.00 | | 12,813.48 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 12,803.48 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.64 | 12,783.84 |
| 05/29/13 | {4} | SOUTHWEST LAUNDRY EQUIPMENT | Invoice #34582 | 1121-000 | 9,000.00 | | 21,783.84 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.99 | 21,764.85 |
| 06/17/13 | {3} | AMTRUST NORTH AMERICA | Refund for Final Premium Audit on W/C Policy | 1129-000 | 49.00 | | 21,813.85 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.23 | 21,784.62 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.46 | 21,750.16 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.28 | 21,718.88 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.19 | 21,688.69 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.31 | 21,654.38 |
| 11/21/13 | {2} | NICOR GAS | Refund | 1129-000 | 812.36 | | 22,466.74 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.30 | 22,437.44 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.49 | 22,401.95 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.29 | 22,368.66 |
| 02/04/14 | 101 | INTERNATIONAL SURETIES, LTD. | Surety bond premium #016026455 | 2300-000 | | 18.10 | 22,350.56 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.01 | 22,320.55 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.03 | 22,289.52 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.19 | 22,255.33 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.01 | 22,223.32 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.89 | 22,192.43 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.11 | 22,157.32 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.80 | 22,126.52 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.94 | 22,092.58 |

Subtotals :    $22,684.84    $592.26

{} Asset reference(s)    Printed: 10/09/2014 12:10 PM    V.13.15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 13-02916 | | **Trustee:** | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| **Case Name:** | RESILLO PRESS PAD CO. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******1366 - Checking Account |
| **Taxpayer ID #:** | **-***3345 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 10/09/14 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **ACCOUNT TOTALS** | | **22,684.84** | **592.26** | **$22,092.58** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **22,684.84** | **592.26** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22,684.84** | **$592.26** | |

Net Receipts :  22,684.84
────────────
Net Estate :  $22,684.84

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******1366** | 22,684.84 | 592.26 | 22,092.58 |
| | **$22,684.84** | **$592.26** | **$22,092.58** |

{} Asset reference(s)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 13, 2013

**Case Number:** 13-02916　　　Page: 1　　　**Date:** October 9, 2014
**Debtor Name:** RESILLO PRESS PAD CO.　　　**Time:** 12:10:05 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| A 200 | RICHARD M. FOGEL<br>321 N. CLARK STREET<br>SUITE 800<br>CHICAGO, IL 60654 | Admin Ch. 7 | | $3,018.48 | $0.00 | 3,018.48 |
| B 200 | RICHARD M. FOGEL<br>321 N. CLARK STREET<br>SUITE 800<br>CHICAGO, IL 60654 | Admin Ch. 7 | | $32.03 | $0.00 | 32.03 |
| C 200 | POPOWCER KATTEN, LTD.<br>35 E. WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601-2124 | Admin Ch. 7 | | $3,480.50 | $0.00 | 3,480.50 |
| NOTFILED 100 | First Midwest Bank<br>One Pierce Place, Suite 1500<br>Itasca, IL 60143 | Secured | | $0.00 | $0.00 | 0.00 |
| 1 610 | United Parcel Service<br>c/o Receivable Management Services<br>P.O. Box 4396<br>Timonium, MD 21094 | Unsecured | | $2,391.49 | $0.00 | 2,391.49 |
| 2 610 | Komar Alliance LLC<br>1200 Arthur Avenue<br>Elk Grove Village, IL 60007 | Unsecured | | $569.28 | $0.00 | 569.28 |
| 3 610 | Briggs Textile Co. Inc.<br>P.O. Box 8001<br>Lake Bluff, IL 60044 | Unsecured | | $2,992.50 | $0.00 | 2,992.50 |
| 4 610 | Ciro Scaletta, Ltd.<br>dba Italian Gardens Lands<br>5185 N. Moreland Drive<br>Norridge, IL 60706 | Unsecured | | $2,556.26 | $0.00 | 2,556.26 |
| 5 610 | Monarch Textiles Inc<br>404 A Evelyn Place<br>Placentia, CA 92870 | Unsecured | | $2,045.10 | $0.00 | 2,045.10 |
| 6 610 | Four River Sales Corporation<br>301 Heritage Valley Drive<br>New Haven, MO 63068-1275 | Unsecured | | $2,784.00 | $0.00 | 2,784.00 |
| 7 610 | Hampco West Corp<br>Po Box 4922<br>Ketcham, ID 83340 | Unsecured | | $5,896.06 | $0.00 | 5,896.06 |
| 8 610 | Foam Products Corporation<br>350 Beamer Road S.W.<br>Calhoun, GA 30701 | Unsecured | | $35,454.70 | $0.00 | 35,454.70 |
| 9 610 | Central Steel & Wire Company<br>Attn: James E Rinn<br>3000 W 51st Street<br>Chicago, IL 60632 | Unsecured | | $23,077.53 | $0.00 | 23,077.53 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 13, 2013

**Case Number:** 13-02916  
**Debtor Name:** RESILLO PRESS PAD CO.

Page: 2

**Date:** October 9, 2014  
**Time:** 12:10:05 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 610 | McMaster-Carr Supply Company<br>P.O. Box 4355<br>Chicago, IL 60680 | Unsecured | | $300.73 | $0.00 | 300.73 |
| 11 610 | Southern Mills, Inc.<br>dba TenCate Protective Fabrics<br>6501 Mail Boulevard<br>Union City, GA 30291 | Unsecured | | $37,374.06 | $0.00 | 37,374.06 |
| 12 610 | FedEx TechConnect, Inc., Assg of Federal Express<br>Attn: Revenue Recovery/Bankruptcy<br>3965 Airways Blvd., Module G, 3rd Flr.<br>Memphis, TN 38116 | Unsecured | | $14,301.18 | $0.00 | 14,301.18 |
| 13 610 | FedEx TechConnect, Inc.<br>as Assg of Federal Express Corp,Attn:<br>Revenue Recovery/Bankruptcy,3965 Airways<br>Memphis, TN 38116 | Unsecured | Filed in wrong case | $0.00 | $0.00 | 0.00 |
| 14 610 | Wertheimer Box and Paper Corp<br>7950 W. Joliet Rd<br>Ste 100<br>McCook, IL 60525 | Unsecured | | $1,630.77 | $0.00 | 1,630.77 |
| 15 610 | YRC, Inc<br>c/o RMS<br>P.O. Box 5126<br>Timonium, MD 21094 | Unsecured | | $4,530.71 | $0.00 | 4,530.71 |
| 16 610 | Fireman's Fund Insurance Company<br>c/o John Collen, Esq.   Tressler LLP<br>233 S. Wacker Dr., Suite 2200<br>Chicago, IL 60606 | Unsecured | Withdrawn per o/c 9-9-14 | $0.00 | $0.00 | 0.00 |
| 17 610 | Betty Higgs<br>c/ o R. Joseph Kramer, Esq.<br>350 Fifth Avenue, Suite 7413<br>New York, NY 10118 | Unsecured | Claimant agreed to limit recovery to available insurance coverage per o/c 2-4-14 | $0.00 | $0.00 | 0.00 |
| 18 610 | Juan C. Hinojosa & Andrea Miller De Cruz<br>c/o R. Joseph Kramer, Esq.<br>350 Fifth Avenue, Suite 7413<br>New York, NY 10118 | Unsecured | Claimant agreed to limit recovery to available insurance coverage per o/c 3-18-14 | $0.00 | $0.00 | 0.00 |
| 19 610 | Grace M. Nolan<br>c/o R. Joseph Kramer, Esq.<br>350 Fifth Avenue, Suite 7413<br>New York, NY 10118 | Unsecured | Claimant agreed to limit recovery to available insurance coverage per o/c 3-18-14 | $0.00 | $0.00 | 0.00 |
| 20 610 | Dorothy A. Phillips<br>c/ o R. Joseph Kramer, Esq.<br>350 Fifth Avenue, Suite 7413<br>New York, NY 10118 | Unsecured | Claimant agreed to limit recovery to available insurance coverage per o/c 3-18-14 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 13, 2013

**Case Number:** 13-02916  
**Debtor Name:** RESILLO PRESS PAD CO.

Page: 3

**Date:** October 9, 2014  
**Time:** 12:10:05 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 21 610 | Roosevelt Quinn, Jr & Alois Quinn<br>c/o R. Joseph Kramer, Esq.<br>350 Fifth Avenue, Suite 7413<br>New York, NY 10118 | Unsecured | Claimant agreed to limit recovery to available insurance coverage per o/c 3-18-14 | $0.00 | $0.00 | 0.00 |
| 22 610 | Murray Fields<br>c/o R. Joseph Kramer, Esq.<br>350 Fifth Avenue, Suite 7413<br>New York, NY 10118 | Unsecured | Claimant agreed to limit recovery to available insurance coverage per o/c 3-18-14 | $0.00 | $0.00 | 0.00 |
| 23 610 | John C. Sneed & Elizabeth J. Sneed<br>c/o R. Joseph Kramer, Esq.<br>350 Fifth Avenue, Suite 7413<br>New York, NY 10118 | Unsecured | Claimant agreed to limit recovery to available insurance coverage per o/c 3-18-14 | $0.00 | $0.00 | 0.00 |
| 24 610 | Gaither O. Ward<br>c/o R. Joseph Kramer, Esq.<br>350 Fifth Avenue, Suite 7413<br>New York, NY 10118 | Unsecured | Claimant agreed to limit recovery to available insurance coverage per o/c 3-18-14 | $0.00 | $0.00 | 0.00 |
| 25 610 | Lois Pearl<br>c/o Miriam R. Stein, Chuhak & Tecson.<br>30 S. Wacker Drive, Suite 2600<br>Chicago, IL 60606 | Unsecured | Related to scheduled claim of Leo and Lois Pearl | $182,108.93 | $0.00 | 182,108.93 |
| 26 610 | Leo Pearl<br>c/o Miriam R. Stein, Chuhak & Tecson.<br>30 S. Wacker Drive, Suite 2600<br>Chicago, IL 60606 | Unsecured | Related to scheduled claim of Leo and Lois Pearl | $4,596.77 | $0.00 | 4,596.77 |
| 27 610 | 6950 Central Park Partnership<br>c/o Miriam R. Stein, Chuhak & Tecson<br>30 S. Wacker Drive, Suite 2600<br>Chicago, IL 60606 | Unsecured | Related to scheduled claim of Leo and Lois Pearl | $606,000.00 | $0.00 | 606,000.00 |
| NOTFILED 610 | A+ Products<br>P.O. Box 520<br>Marlboro, NJ 07746 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | ACS Industries, Inc.<br>P.O. Box 845449<br>Boston, MA 02284-5449 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | ADT Security Services<br>P.O. Box 371967<br>Pittsburgh, PA 15250-7967 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Air World, Inc.<br>126 Christie Avenue<br>Mahwah, NJ 07430 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | AJ Horne, Inc.<br>893 Industrial Drive<br>West Chicago, IL 60185-1833 | Unsecured | | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 13, 2013

**Case Number:** 13-02916  
**Debtor Name:** RESILLO PRESS PAD CO.

Page: 4

**Date:** October 9, 2014  
**Time:** 12:10:05 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Alpha Associates, Inc.<br>14866 Collections Center Dr.<br>Chicago, IL 60693 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Amari & Locallo<br>734 N. Wells Street<br>Chicago, IL 60610 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | American Metal Perforating<br>3201 W. 36th Place<br>Chicago, IL 60632-2741 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | American Nameplate<br>4501 Kildare<br>Chicago, IL 60632 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Ample Supply<br>1401 S. Prairie Drive<br>Sycamore, IL 60178 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Audio-Tel Communications, Inc.<br>1153 S. Lee Street, #120<br>Des Plaines, IL 60016 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bearden c/o Craig Coleman<br>20 Stanwix St., 7th Floor<br>Pittsburgh, PA 15222 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Berardi c/o Joseph P. Williams<br>245 Park Avenue, 39th Floor<br>New York, NY 10167 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bruin Plastics Company, Inc.<br>P.O. Box 700<br>61 Joslin Road<br>Glendale, RI 02826 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | CIT Group/Commercial Services<br>P.O. Box 1036<br>Charlotte, NC 28201-1036 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Contour Landscaping<br>3501 Jarvis<br>Skokie, IL 60076 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Covers Etc., Inc.<br>925 W. Harris Road<br>Arlington, TX 76001 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cruz c/o Marc J. Bern Napoli Bern Ripca & Assoc., LP<br>3500 Sunrise Hwy., Suite T-207<br>Great River, NY 11739 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Dotson c/o Randy J. Gori Gori, Julian & Assoc., PC<br>3555 College Ave., PO Box 1108<br>Alton, IL 62002 | Unsecured | | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 13, 2013

**Case Number:** 13-02916  
**Debtor Name:** RESILLO PRESS PAD CO.

Page: 5

**Date:** October 9, 2014  
**Time:** 12:10:05 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Double D Express Inc. c/o HPA<br>4570 N. First Avenue-Suite 12<br>Tucson, AZ 85718 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Erdle Perforating<br>P.O. Box 40270<br>Atlanta, GA 30384-2070 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | FedEx<br>P.O. Box 94515<br>Palatine, IL 60094-4515 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | FSI Direct, Inc.<br>1510 Old Deerfield Road<br>Suite 222<br>Highland Park, IL 60035 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Global Material Technologies<br>8468 Solution Center<br>Chicago, IL 60677-8004 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Granat industries, Inc.<br>875 Nicholas Blvd.<br>Elk Grove Village, IL 60007 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Greer, Burns & Crain, Inc.<br>300 S. Wacker Drive, 25th Floor<br>Chicago, IL 60660 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Harkin c/o Robert E. Paul Paul, Reich & Myers PC<br>1608 Walnut St., Suite 500<br>Philadelphia, PA 19103 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Holly's Universal Pallet<br>P.O. Box 09072<br>Chicago, IL 60609 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | L & M Corrugated Container Co.<br>32 Insight Drive<br>Platteville, WI 53818 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | L Communications<br>8914 Bennett<br>Evanston, IL 60203 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Lawson c/o Belluck & Fox LLP<br>546 Fifth Avenue, 4th Floor<br>New York, NY 10036 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Leiterman Felt & Nonwoven Textile<br>20433 Wells Drive<br>Woodland Hills, CA 91364 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Levy c/o Belluck & Fox LLP<br>546 Fifth Avenue, 4th Floor<br>New York, NY 10036 | Unsecured | | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 13, 2013

**Case Number:** 13-02916  
**Debtor Name:** RESILLO PRESS PAD CO.

Page: 6

**Date:** October 9, 2014  
**Time:** 12:10:05 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Lipinis c/o Randy J. Gori Gori Julian & Assoc PC<br>3555 College Ave., P.O. Box 1108<br>Alton, IL 62002 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | MacDonald c/o Weitz & Luxenbourgh<br>180 Maiden Lane<br>New York, NY 10038 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Marino c/o Weitz & Luxenbourgh<br>180 Maiden Lane<br>New York, NY 10038 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | McKim c/o Weitz & Luxenbourgh<br>180 Maiden Lane<br>New York, NY 10038 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Merkel c/o Robert E. Paul Paul Reich & Myers PC<br>1608 Walnut St., Suite 500<br>Philadelphia, PA 19103 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Neopost Mail Finance<br>P.O. Box 45840<br>San Francisco, CA 94145-0840 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Oakton Sales<br>P.O. Box 2550<br>Des Plaines, IL 60017 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Orkin, Inc.<br>5840 N. Lincoln Avenue<br>Chicago, IL 60659-4611 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Peterson Appraisal Group, Ltd.<br>6035 N. Northwest Highway<br>Suite 200<br>Chicago, IL 60631 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Pizzola c/o Robert J. Sweeney Early Ludwick & Sweeney<br>265 Church St., PO Box 1866<br>New Haven, CT 06508 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Prestige Impex, Inc.<br>4595 Grandby Circle<br>Suite C 234<br>Cumming, GA 30041 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | R & B Powder Coatings<br>4000 S. Bell Avenue<br>Chicago, IL 60609 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | R & M Trucking<br>3720 River Road, Suite 100<br>Franklin Park, IL 60131 | Unsecured | | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 13, 2013

**Case Number:** 13-02916  
**Debtor Name:** RESILLO PRESS PAD CO.

Page: 7

**Date:** October 9, 2014  
**Time:** 12:10:05 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Raniolo c/o Christopher Hickey Milano Law Building<br>2939 Wooster Road, Suite 2203<br>Rocky River, OH 44116 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Reynolds c/o Nancy T. Williams Brayton & Purcell<br>222 Rush Landing, P.O. Box 6169<br>Novato, CA 94948 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Richter c/o Maune Reichle Hartley French & Mudd LLC<br>211 N. Broadway #2940<br>Saint Louis, MO 63102 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Roadrunner Transportation<br>P.O. Box 809066<br>Chicago, IL 60680-9066 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Rock c/o Weitz & Luxenbourgh<br>180 Maiden Lane<br>New York, NY 10038 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Schmaruk c/o Robert J. Sweeney Early Ludwick & Sweeney<br>265 Church Street, P.O. Box 1866<br>New Haven, CT 06508 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Skolnick c/o Weitz & Luxenbourgh<br>180 Maiden Lane<br>New York, NY 10038 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Spot-Less Maintenance Service<br>P.O. Box 7004<br>Deerfield, IL 60015 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Strong c/o Horowitz & Tigerman LLP<br>450 Sansome Street, 3rd Floor<br>San Francisco, CA 94111 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Tenenbaum & Tenenbaum, LLC<br>150 N. Michigan Avenue, 8th Floor<br>Chicago, IL 60601 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Top Value Fabrics<br>P.O. Box 2050<br>Carmel, IN 46082-2050 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Weible c/o Randy J. Gori Gori, Julian & Associates, PC<br>3555 College Ave., P.O. Box 1108<br>Alton, IL 62002 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Whitkier c/o Shrader & Associates LP<br>22A Ginger Creek Parkway<br>Glen Carbon, IL 62034 | Unsecured | | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 13, 2013

**Case Number:** 13-02916
**Debtor Name:** RESILLO PRESS PAD CO.

Page: 8

**Date:** October 9, 2014
**Time:** 12:10:05 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Ziebarth c/o Randy J. Gori Gori, Julian & Associates PC 3555 College Ave., Suite 1108 Alton, IL 62002 | Unsecured | | $0.00 | $0.00 | 0.00 |
| << Totals >> | | | | 935,141.08 | 0.00 | 935,141.08 |

**TRUSTEE'S PROPOSED DISTRIBUTION**    Exhibit D

Case No.: 13-02916
Case Name: RESILLO PRESS PAD CO.
Trustee Name: RICHARD M. FOGEL

**Balance on hand:** $ 22,092.58

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 22,092.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 3,018.48 | 0.00 | 3,018.48 |
| Trustee, Expenses - RICHARD M. FOGEL | 32.03 | 0.00 | 32.03 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 3,480.50 | 0.00 | 3,480.50 |

Total to be paid for chapter 7 administration expenses: $ 6,531.01
Remaining balance: $ 15,561.57

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 15,561.57

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 15,561.57 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 928,610.07 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | United Parcel Service | 2,391.49 | 0.00 | 40.08 |
| 2 | Komar Alliance LLC | 569.28 | 0.00 | 9.54 |
| 3 | Briggs Textile Co. Inc. | 2,992.50 | 0.00 | 50.15 |
| 4 | Ciro Scaletta, Ltd. | 2,556.26 | 0.00 | 42.84 |
| 5 | Monarch Textiles Inc | 2,045.10 | 0.00 | 34.27 |
| 6 | Four River Sales Corporation | 2,784.00 | 0.00 | 46.65 |
| 7 | Hampco West Corp | 5,896.06 | 0.00 | 98.81 |
| 8 | Foam Products Corporation | 35,454.70 | 0.00 | 594.15 |
| 9 | Central Steel & Wire Company | 23,077.53 | 0.00 | 386.73 |
| 10 | McMaster-Carr Supply Company | 300.73 | 0.00 | 5.04 |
| 11 | Southern Mills, Inc. | 37,374.06 | 0.00 | 626.31 |
| 12 | FedEx TechConnect, Inc., Assg of Federal Express | 14,301.18 | 0.00 | 239.66 |
| 14 | Wertheimer Box and Paper Corp | 1,630.77 | 0.00 | 27.33 |
| 15 | YRC, Inc | 4,530.71 | 0.00 | 75.93 |
| 25 | Lois Pearl | 182,108.93 | 0.00 | 3,051.76 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 26 | Leo Pearl | 4,596.77 | 0.00 | 77.03 |
| 27 | 6950 Central Park Partnership | 606,000.00 | 0.00 | 10,155.29 |

         Total to be paid for timely general unsecured claims:   $    15,561.57
         Remaining balance:   $    0.00

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

         Total to be paid for tardy general unsecured claims:   $    0.00
         Remaining balance:   $    0.00

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

         Total to be paid for subordinated claims:   $    0.00
         Remaining balance:   $    0.00

**UST Form 101-7-TFR (05/1/2011)**