UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 13-02916 |
| | ) | |
| RESILLO PRESS PAD CO., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on November 19, 2014 in Courtroom 613**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: October 23, 2014             By: /s/ Richard M. Fogel
                                            Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawfishman.com

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC 4}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: RESILLO PRESS PAD CO.          § Case No. 13-02916
                                       §
                                       §
Debtor(s)                              §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 22,684.84 |
| *and approved disbursements of* | $ 592.26 |
| *leaving a balance on hand of* [1] | $ 22,092.58 |
| **Balance on hand:** | $ 22,092.58 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 22,092.58 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 3,018.48 | 0.00 | 3,018.48 |
| Trustee, Expenses - RICHARD M. FOGEL | 32.03 | 0.00 | 32.03 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 3,480.50 | 0.00 | 3,480.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,531.01 |
| Remaining balance: | $ 15,561.57 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 15,561.57

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 15,561.57

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 928,610.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | United Parcel Service | 2,391.49 | 0.00 | 40.08 |
| 2 | Komar Alliance LLC | 569.28 | 0.00 | 9.54 |
| 3 | Briggs Textile Co. Inc. | 2,992.50 | 0.00 | 50.15 |
| 4 | Ciro Scaletta, Ltd. | 2,556.26 | 0.00 | 42.84 |
| 5 | Monarch Textiles Inc | 2,045.10 | 0.00 | 34.27 |
| 6 | Four River Sales Corporation | 2,784.00 | 0.00 | 46.65 |
| 7 | Hampco West Corp | 5,896.06 | 0.00 | 98.81 |
| 8 | Foam Products Corporation | 35,454.70 | 0.00 | 594.15 |
| 9 | Central Steel & Wire Company | 23,077.53 | 0.00 | 386.73 |
| 10 | McMaster-Carr Supply Company | 300.73 | 0.00 | 5.04 |

UST Form 101-7-NFR (10/1/2010)

| 11 | Southern Mills, Inc. | 37,374.06 | 0.00 | 626.31 |
|----|----------------------|-----------|------|--------|
| 12 | FedEx TechConnect, Inc., Assg of Federal Express | 14,301.18 | 0.00 | 239.66 |
| 14 | Wertheimer Box and Paper Corp | 1,630.77 | 0.00 | 27.33 |
| 15 | YRC, Inc | 4,530.71 | 0.00 | 75.93 |
| 25 | Lois Pearl | 182,108.93 | 0.00 | 3,051.76 |
| 26 | Leo Pearl | 4,596.77 | 0.00 | 77.03 |
| 27 | 6950 Central Park Partnership | 606,000.00 | 0.00 | 10,155.29 |

Total to be paid for timely general unsecured claims: $ 15,561.57
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/RICHARD M. FOGEL
                                                          Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-02916-TAB
Resillo Press Pad Co.                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers              Page 1 of 3           Date Rcvd: Oct 24, 2014
                              Form ID: pdf006             Total Noticed: 117

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2014.
```
db         +Resillo Press Pad Co.,    6950 Central Park Avenue,    Lincolnwood, IL 60712-2789
19963315   +6950 Central Park Partnership,    6950 Central Park Avenu,    Lincolnwood, IL 60712-2706
20593987   +6950 Central Park Partnership,    c/o Miriam R. Stein, Chuhak & Tecson, P.,
             30 S. Wacker Drive, Suite 2600,    Chicago, Illinois 60606-7512
19963316   +A+ Products,    P.O. Box 520,    Marlboro, NJ 07746-0520
19963317    ACS Industries, Inc.,    P.O. Box 845449,    Boston, MA 02284-5449
19963318    ADT Security Services,    P.O. Box 371967,    Pittsburgh, PA 15250-7967
19963320   +AJ Horne, Inc.,    893 Industrial Drive,    West Chicago, IL 60185-1833
19963319   +Air World, Inc.,    126 Christie Avenue,    Mahwah, NJ 07430-1351
19963321   +Alpha Associates,    c/o David B. Halpin,    1400 Torrence Ave., Suite 211-A,
             Calumet City, IL 60409-5565
19963322   +Alpha Associates, Inc.,    14866 Collections Center Dr.,    Chicago, IL 60693-0148
19963323   +Amari & Locallo,    734 N. Wells Street,    Chicago, IL 60654-3521
19963324    American Metal Perforating,    3201 W. 36th Place,    Chicago, IL 60632-2741
19963325   +American Nameplate,    4501 Kildare,    Chicago, IL 60632-4477
19963326   +Ample Supply,    1401 S. Prairie Drive,    Sycamore, IL 60178-3225
19963327   +Audio-Tel Communications, Inc.,    1153 S. Lee Street, #120,    Des Plaines, IL 60016-6516
19963328   +Bearden,    c/o Craig Coleman,    20 Stanwix St., 7th Floor,    Pittsburgh, PA 15222-4802
19963329   +Belluck & Fox, LLP,    546 Fifth Avenue, 4th Floor,    New York, NY 10036-5000
19963330   +Berardi,    c/o Joseph P. Williams,    245 Park Avenue, 39th Floor,    New York, NY 10167-4000
19963331   +Berardi c/o John Delany,    Delany & O'Brien,    80 Broad Street, 5th Floor,
             New York, NY 10004-2257
20584654   +Betty Higgs,    c/ o R. Joseph Kramer, Esq.,    350 Fifth Avenue, Suite 7413,
             New York, NY 10118-7412
19963332   +Briggs Textile Co. Inc.,    P.O. Box 8001,    Lake Bluff, IL 60044-8001
21285682   +Brigid Leahy,    David Christian Attorneys LLC,    4725 N Western Ave Suite 220,
             Chicago, IL 60625-3533
19963333   +Bruin Plastics Company, Inc.,    P.O. Box 700,    61 Joslin Road,    Glendale, RI 02826-1633
19963337    CIT Group/Commercial Services,    P.O. Box 1036,    Charlotte, NC 28201-1036
19963334    Central Steel & Wire,    P.O. Box 5100,    Chicago, IL 60680-5100
19963335   +Central Steel & Wire Co.,    c/o Teller Levit & Silvertrust PC,
             19 S. LaSalle Street, Suite 701,    Chicago, IL 60603-1431
20283806   +Central Steel & Wire Company,    James E Rinn,    3000 W 51st Street,    Chicago, IL 60632-2122
19963336   +Ciro Scaletta, Ltd.,    dba Italian Gardens Lands,    5185 N. Moreland Drive,
             Norridge, IL 60706-3249
19963339   +Contour Landscaping,    3501 Jarvis,    Skokie, IL 60076-4016
19963340   +Covers Etc., Inc.,    925 W. Harris Road,    Arlington, TX 76001-6807
19963341   +Cruz c/o Marc J. Bern,    Napoli Bern Ripca & Assoc., LP,    3500 Sunrise Hwy., Suite T-207,
             Great River, NY 11739-1001
21285683   +David Christian,    David Christian Attorneys LLC,    3515 W 75th St, Suite 208,
             Prairie Village, KS 66208-4100
20584718   +Dorothy A. Phillips,    c/ o R. Joseph Kramer, Esq.,    350 Fifth Avenue, Suite 7413,
             New York, NY 10118-7412
19963342   +Dotson,    c/o Randy J. Gori,    Gori, Julian & Assoc., PC,    156 N Main St,
             Edwardsville, IL 62025-1902
19963343   +Double D Express Inc.,    c/o HPA,    4570 N. First Avenue-Suite 12,    Tucson, AZ 85718-8600
19963344    Erdle Perforating,    P.O. Box 40270,    Atlanta, GA 30384-2070
19963345   +Erdle Perforating Co.,    c/o The Chaet Kaplan Firm,    30 N. LaSalle, Suite 1520,
             Chicago, IL 60602-3387
19963351   +FSI Direct, Inc.,    1510 Old Deerfield Road,    Suite 222,    Highland Park, IL 60035-3072
19963346    FedEx,    P.O. Box 94515,    Palatine, IL 60094-4515
19963347    FedEx Freight,    Dept CH,    P.O.Box 10306,    Palatine, IL 60055-0306
20366553   +FedEx TechConnect, Inc.,    as Assg of Federal Express Corp,    Attn: Revenue Recovery/Bankruptcy,
             3965 Airways Blvd. Module G.,3rd Floor,    Memphis,TN 38116-5017
20367687   +FedEx TechConnect, Inc.,    Attn: Revenue Recovery/Bankruptcy,
             3965 Airways Blvd. Module G.,3rd Floor,    Memphis,TN 38116-5017
20544879   +Fireman's Fund Insurance Company,    c/o John Collen, Esq.,    Tresler LLP,
             233 S. Wacker Dr., Suite 2200,    Chicago, IL 60606-6399
20544907   +Fireman's Fund Insurance Company,    c/o John Collen, Esq.,    Tressler LLP,
             233 S. Wacker Dr., Suite 2200,    Chicago, IL 60606-6399
19963349   +Foam Products Corporation,    350 Beamer Road S.W.,    Calhoun, GA 30701-7949
19963350    Four River Sales Corporation,    301 Heritage Valley Drive,    New Haven, MO  63068-1275
20584864   +Gaither O. Ward,    c/o R. Joseph Kramer, Esq.,    350 Fifth Avenue, Suite 7413,
             New York, NY 10118-7412
19963352    Global Material Technologies,    8468 Solution Center,    Chicago, IL 60677-8004
20584713   +Grace M. Nolan,    c/o R. Joseph Kramer, Esq.,    350 Fifth Avenue, Suite 7413,
             New York, NY 10118-7412
19963353   +Granat industries, Inc.,    875 Nicholas Blvd.,    Elk Grove Village, IL 60007-2510
19963354   +Greer, Burns & Crain, Inc.,    300 S. Wacker Drive, 25th Floor,    Chicago, IL 60606-6752
20230565   +HARITA MUURISEPP,    C/O WEITZ & LUXENBERG, P.C.,    700 BROADWAY,    NEW YORK, NY 10003-9536
20237014   +Hampco West Corp,    Po Box 4922,    Ketcham, ID 83340-4922
19963355    Hampco West Corp.,    P.O. Box 2051,    Salt Lake City, UT 84110-2051
19963356   +Harkin c/o Robert E. Paul,    Paul, Reich & Myers PC,    1608 Walnut St., Suite 500,
             Philadelphia, PA 19103-5446
```

```
District/off: 0752-1           User: mflowers               Page 2 of 3                   Date Rcvd: Oct 24, 2014
                               Form ID: pdf006              Total Noticed: 117

19963357      +Holly's Universal Pallet,    P.O. Box 09072,    Chicago, IL 60609-0072
20584859      +John C. Sneed & Elizabeth J. Sneed,    c/o R. Joseph Kramer, Esq.,
                350 Fifth Avenue, Suite 7413,    New York, NY 10118-7412
19963358      +John Delany,    Delany & O'Brien,    80 Broad Street, 5th Floor,    New York, NY 10004-2257
19963359      +Joseph P. Williams,    Joseph P. Williams, LP,    245 Parak Ave., 39th Floor,
                New York, NY 10167-4000
20584682      +Juan C. Hinojosa & Andrea Miller De Cruz,    c/o R. Joseph Kramer, Esq.,
                350 Fifth Avenue, Suite 7413,    New York, NY 10118-7412
19963360      +Komar Alliance LLC,    1200 Arthur Avenue,    Elk Grove Village, IL 60007-5706
19963361      +L & M Corrugated Container Co.,    32 Insight Drive,    Platteville, WI 53818-3828
19963362      +L Communications,    8914 Bennett,    Evanston, IL 60203-1902
19963363      +Lawson,   c/o Belluck & Fox LLP,    546 Fifth Avenue, 4th Floor,    New York, NY 10036-5000
19963365      +Leiterman Felt & Nonwoven Textile,    c/o Teller Levit & Silvertrust,
                19 S. LaSalle St., Suite 701,    Chicago, IL 60603-1431
19963364      +Leiterman Felt & Nonwoven Textile,    20433 Wells Drive,    Woodland Hills, CA 91364-4605
20593972      +Leo Pearl,   c/o Miriam R. Stein, Chuhak & Tecson, P.,    30 S. Wacker Drive, Suite 2600,
                Chicago, Illinois 60606-7512
19963367      +Leo and Lois Pearl,    6950 Central Park Avenue,    Lincolnwood, IL 60712-2706
19963366      +Leo and Lois Pearl,    6950 N. Central Park,    Lincolnwood, IL 60712-2706
19963368      +Levy, Theoore,    c/o Belluck & Fox LLP,    546 Fifth Avenue, 4th Floor,
                New York, NY 10036-5000
19963369      +Lipinis c/o Randy J. Gori,    Gori Julian & Assoc PC,    156 N Main St,
                Edwardsville, IL 62025-1902
20593928      +Lois Pearl,   c/o Miriam R. Stein, Chuhak & Tecson, P.,    30 S. Wacker Drive, Suite 2600,
                Chicago, IL 60606-7512
19963371      +Marino, Enrichetta,    c/o Weitz & Luxenbourgh,    700 Broadway,    New York, NY 10003-9536
19963370      +McDonald, Leslie,    c/o Weitz & Luxenbourgh,    700 Broadway,    New York, NY 10003-9536
19963372      +McKim, Bruce,    c/o Weitz & Luxenbourgh,    700 Broadway,    New York, NY 10003-9536
19963373      +McMaster-Carr Supply Company,    P.O. Box 4355,    Chicago, IL 60680-4355
19963374      +Merkel c/o Robert E. Paul,    Paul Reich & Myers PC,    1608 Walnut St., Suite 500,
                Philadelphia, PA 19103-5446
20229825      +Monarch Textiles Inc,    404 A Evelyn Place,    Placentia, CA 92870-6325
19963375      +Monarch Textiles, Inc.,    3240 S. White Road, #164,    San Jose, CA 95148-4050
20584836      +Murray Fields,    c/o R. Joseph Kramer, Esq.,    350 Fifth Avenue, Suite 7413,
                New York, NY 10118-7412
19963376       Neopost Mail Finance,    P.O. Box 45840,    San Francisco, CA 94145-0840
19963377      +Oakton Sales,    P.O. Box 2550,    Des Plaines, IL 60017-2550
20758313      +Office of Unemployment Compensation Tax,    Department of Labor & Industry,
                Attn Timothy Bortz/Commonwealth of PA,    625 Cherry St, Room 203,    Reading, PA 19602-1152
19963378       Orkin, Inc.,    5840 N. Lincoln Avenue,    Chicago, IL 60659-4611
20230564      +PIZZOLA,   C/O ROBERT SWEENEY,    EARLY & STRAUSS,    360 LEXINGTON AVE, 20TH FLOOR,
                NEW YORK, NY 10017-6530
19963379      +Peterson Appraisal Group, Ltd.,    6035 N. Northwest Highway,    Suite 200,
                Chicago, IL 60631-2534
19963380      +Pizzola c/o Robert J. Sweeney,    Early Ludwick & Sweeney,    265 Church St., PO Box 1866,
                New Haven, CT 06508-1866
19963381      +Prestige Impex, Inc.,    4595 Grandby Circle,    Suite C 234,    Cumming, GA 30041-5799
19963382      +R & B Powder Coatings,    4000 S. Bell Avenue,    Chicago, IL 60609-2208
19963383      +R & M Trucking,    3720 River Road, Suite 100,    Franklin Park, IL 60131-2171
19963384       Raniolo c/o Christopher Hickey,    Milano Law Building,    2939 Wooster Road, Suite 2203,
                Rocky River, OH 44116
19963385      +Reynolds c/o Nancy T. Williams,    Brayton & Purcell,    222 Rush Landing, P.O. Box 6169,
                Novato, CA 94948-6169
19963386      +Richter c/o Maune Reichle,    Hartley French & Mudd LLC,    211 N. Broadway #2940,
                Saint Louis, MO 63102-2732
19963387       Roadrunner Transportation,    P.O. Box 809066,    Chicago, IL 60680-9066
19963388      +Rock,   c/o Weitz & Luxenbourgh,    180 Maiden Lane,    New York, NY 10038-4925
20584832      +Roosevelt Quinn, Jr & Alois Quinn,    c/o R. Joseph Kramer, Esq.,    350 Fifth Avenue, Suite 7413,
                New York, NY 10118-7412
20230563      +SCHMARUK,   C/O ROBERT J SWEENEY,    EARLY & STRAUSS,    360 LEXINGTON AVE 20TH FLOOR,
                NEW YORK, NY 10017-6530
19963389      +Schmaruk c/o Robert J. Sweeney,    Early Ludwick & Sweeney,    265 Church Street, P.O. Box 1866,
                New Haven, CT 06508-1866
19963390      +Skolnick, Herman,    c/o Weitz & Luxenbourgh,    700 Broadway,    New York, NY 10003-9536
19963391       Southern Mills Inc.,    P.O. Box 198453,    Atlanta, GA 30384-8453
20342637      +Southern Mills, Inc.,    dba TenCate Protective Fabrics,    6501 Mail Boulevard,
                Union City, GA 30291-1519
19963392      +Spot-Less Maintenance Service,    P.O. Box 7004,    Deerfield, IL 60015-7004
19963393      +Strong,   c/o Horowitz & Tigerman LLP,    450 Sansome Street, 3rd Floor,
                San Francisco, CA 94111-3311
19963394      +Tenenbaum & Tenenbaum, LLC,    150 N. Michigan Avenue, 8th Floor,    Chicago, IL 60601-7585
20180369      +United Parcel Service,    c/o Receivable Management Services,    P.O. Box 4396,
                Timonium, MD 21094-4396
19963396       United Parcel Service,    Lockbox 577,    Carol Stream, IL 60132-0577
19963397      +Weible c/o Randy J. Gori,    Gori, Julian & Associates, PC,    156 N Main St,
                Edwardsville, IL 62025-1902
19963398      +Weitz & Luxenbourgh,    180 Maiden Lane,    New York, NY 10038-4925
19963399      +Wertheimer Box and Paper Corp,    7950 W. Joliet Rd,    Ste 100,    McCook, IL 60525-3206
19963400      +Whitkier,   c/o Shrader & Associates LP,    22A Ginger Creek Parkway,
                Glen Carbon, IL 62034-3518
```

```
District/off: 0752-1          User: mflowers              Page 3 of 3                   Date Rcvd: Oct 24, 2014
                              Form ID: pdf006             Total Noticed: 117


19963401        YRC,   P.O. Box 93151,   Chicago, IL 60673-3151
20405166       +YRC, Inc,   c/o RMS,   P.O. Box 5126,   Timonium, Maryland 21094-5126
19963402       +Ziebarth c/o Randy J. Gori,   Gori, Julian & Associates PC,   3555 College Ave., Suite 1108,
                 Alton, IL 62002-5009
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19963338       +E-mail/Text: jroman@cohenfinancial.com Oct 25 2014 00:38:07     Cohen Financial,
                 4601 College Blvd.,   Leawood, KS 66211-1652
19963348       +E-mail/Text: fmb.bankruptcy@firstmidwest.com Oct 25 2014 00:37:49      First Midwest Bank,
                 One Pierce Place, Suite 1500,   Itasca, IL 60143-1254
21886204        E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2014 00:39:55     GE Capital Retail Bank,
                 (SAM'S CLUB BRC),   c/o Recovery Management Systems Corp.,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
19963395        E-mail/Text: marksawyers@tvfinc.com Oct 25 2014 00:38:31     Top Value Fabrics,   P.O. Box 2050,
                 Carmel, IN 46082-2050
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20230561         ESTATE OF HARITA MUURISEPP,   C/O MARGUS MUURISEPP
20230566         KELLET
20230562*        CIT GROUP/COMMERCIAL SERVICES,   PO BOX 1036,   CHARLOTTE, NC  28201-1036
                                                                                              TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2014                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2014 at the address(es) listed below:
              Brigid  Leahy    on behalf of Creditor    Glens Falls Insurance Company
               bleahy@davidchristianattorneys.com,    mbloch@davidchristianattorneys.com
              David B Halpin    on behalf of Creditor    Alpha Associates, Inc. dbhalpin@sbcglobal.net
              Hilary  Zimmer    on behalf of Interested Party    Fireman's Fund Insurance Company
               hzimmer@tresslerllp.com
              John  Collen    on behalf of Interested Party    Fireman's Fund Insurance Company
               jcollen@salawus.com,    jadams@salawus.com;rneace@salawus.com;celliott@salawus.com
              Kyle A Shamberg    on behalf of Creditor Donna  McKim kshamberg@weitzlux.com
              Kyle A Shamberg    on behalf of Creditor Leslie  Mcdonald kshamberg@weitzlux.com
              Kyle A Shamberg    on behalf of Creditor Elsie  McDonald kshamberg@weitzlux.com
              Kyle A Shamberg    on behalf of Creditor Bruce  McKim kshamberg@weitzlux.com
              Mark D Conzelmann    on behalf of Interested Party    Fireman's Fund Insurance Company
               mconzelmann@tresslerllp.com,    chicagodocket@tresslerllp.com
              Miriam R. Stein    on behalf of Debtor    Resillo Press Pad Co. mstein@chuhak.com,
               dgeorge@chuhak.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Raymond J Kramer    on behalf of Creditor Betty  Higgs jkramer@napolibern.com
              Richard M. Fogel    rfogel@shawfishman.com,    il72@ecfcbis.com
              Richard M. Fogel    on behalf of Accountant Lois  West rfogel@shawfishman.com,    il72@ecfcbis.com
              Richard M. Fogel    on behalf of Trustee Richard M. Fogel rfogel@shawfishman.com,    il72@ecfcbis.com
              Stephanie L Gold    on behalf of Creditor Roosevelt  Quinn, Jr. stephanie@swmklaw.com
              Stephanie L Gold    on behalf of Creditor Dorothy  Phillips stephanie@swmklaw.com
              Stephanie L Gold    on behalf of Creditor Grace  Nolan stephanie@swmklaw.com
              Stephanie L Gold    on behalf of Creditor Gaither  Ward stephanie@swmklaw.com
              Stephanie L Gold    on behalf of Creditor John Clayton Sneed stephanie@swmklaw.com
                                                                                             TOTAL: 20
```