**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: RESILLO PRESS PAD CO.   §   Case No. 13-02916
   §
   §
   §
Debtor(s)   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

  RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $33,500.00   Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $15,561.57   Claims Discharged
   Without Payment: $1,041,515.59

Total Expenses of Administration: $7,123.27

---

  3) Total gross receipts of $ 22,684.84 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $22,684.84 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $99,493.94 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,123.27 | 7,123.27 | 7,123.27 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 763,746.42 | 928,610.07 | 928,610.07 | 15,561.57 |
| **TOTAL DISBURSEMENTS** | $863,240.36 | $935,733.34 | $935,733.34 | $22,684.84 |

   4)  This case was originally filed under Chapter 7 on January 25, 2013. The case was pending for 23 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/09/2015         By: /s/RICHARD M. FOGEL
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| First Midwest Bank Checking Account | 1129-000 | 1,841.42 |
| Deposits with Nicor Gas - 3 payments of $6610.10 | 1129-000 | 6,442.36 |
| Insurance Policies | 1129-000 | 137.00 |
| Accounts Receivable - total on books $68,826.34. | 1121-000 | 11,764.06 |
| 2004 Nissan Murano | 1129-000 | 2,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$22,684.84** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | First Midwest Bank | 4110-000 | 99,493.94 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$99,493.94** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 3,018.48 | 3,018.48 | 3,018.48 |
| RICHARD M. FOGEL | 2200-000 | N/A | 32.03 | 32.03 | 32.03 |
| POPOWCER KATTEN, LTD. | 3410-000 | N/A | 3,480.50 | 3,480.50 | 3,480.50 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 19.64 | 19.64 | 19.64 |
| Rabobank, N.A. | 2600-000 | N/A | 18.99 | 18.99 | 18.99 |
| Rabobank, N.A. | 2600-000 | N/A | 29.23 | 29.23 | 29.23 |
| Rabobank, N.A. | 2600-000 | N/A | 34.46 | 34.46 | 34.46 |
| Rabobank, N.A. | 2600-000 | N/A | 31.28 | 31.28 | 31.28 |
| Rabobank, N.A. | 2600-000 | N/A | 30.19 | 30.19 | 30.19 |
| Rabobank, N.A. | 2600-000 | N/A | 34.31 | 34.31 | 34.31 |
| Rabobank, N.A. | 2600-000 | N/A | 29.30 | 29.30 | 29.30 |
| Rabobank, N.A. | 2600-000 | N/A | 35.49 | 35.49 | 35.49 |
| Rabobank, N.A. | 2600-000 | N/A | 33.29 | 33.29 | 33.29 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 18.10 | 18.10 | 18.10 |
| Rabobank, N.A. | 2600-000 | N/A | 30.01 | 30.01 | 30.01 |
| Rabobank, N.A. | 2600-000 | N/A | 31.03 | 31.03 | 31.03 |
| Rabobank, N.A. | 2600-000 | N/A | 34.19 | 34.19 | 34.19 |
| Rabobank, N.A. | 2600-000 | N/A | 32.01 | 32.01 | 32.01 |
| Rabobank, N.A. | 2600-000 | N/A | 30.89 | 30.89 | 30.89 |
| Rabobank, N.A. | 2600-000 | N/A | 35.11 | 35.11 | 35.11 |
| Rabobank, N.A. | 2600-000 | N/A | 30.80 | 30.80 | 30.80 |
| Rabobank, N.A. | 2600-000 | N/A | 33.94 | 33.94 | 33.94 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,123.27 | $7,123.27 | $7,123.27 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | United Parcel Service | 7100-000 | 2,237.03 | 2,391.49 | 2,391.49 | 40.08 |
| 2 | Komar Alliance LLC | 7100-000 | 569.28 | 569.28 | 569.28 | 9.54 |
| 3 | Briggs Textile Co. Inc. | 7100-000 | 2,992.50 | 2,992.50 | 2,992.50 | 50.15 |
| 4 | Ciro Scaletta, Ltd. | 7100-000 | 1,538.75 | 2,556.26 | 2,556.26 | 42.84 |
| 5 | Monarch Textiles Inc | 7100-000 | 2,045.10 | 2,045.10 | 2,045.10 | 34.27 |
| 6 | Four River Sales Corporation | 7100-000 | 2,784.00 | 2,784.00 | 2,784.00 | 46.65 |
| 7 | Hampco West Corp | 7100-000 | 5,896.06 | 5,896.06 | 5,896.06 | 98.81 |
| 8 | Foam Products Corporation | 7100-000 | 35,454.70 | 35,454.70 | 35,454.70 | 594.15 |
| 9 | Central Steel & Wire Company | 7100-000 | 24,984.83 | 23,077.53 | 23,077.53 | 386.73 |
| 10 | McMaster-Carr Supply Company | 7100-000 | 300.73 | 300.73 | 300.73 | 5.04 |
| 11 | Southern Mills, Inc. | 7100-000 | 37,280.88 | 37,374.06 | 37,374.06 | 626.31 |
| 12 | FedEx TechConnect, Inc., Assg of Federal Express | 7100-000 | 13,288.74 | 14,301.18 | 14,301.18 | 239.66 |
| 13 | FedEx TechConnect, Inc. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 14 | Wertheimer Box and Paper Corp | 7100-000 | 1,229.14 | 1,630.77 | 1,630.77 | 27.33 |
| 15 | YRC, Inc | 7100-000 | 4,677.59 | 4,530.71 | 4,530.71 | 75.93 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | Fireman's Fund Insurance Company | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 17 | Betty Higgs | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 18 | Juan C. Hinojosa & Andrea Miller De Cruz | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 19 | Grace M. Nolan | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 20 | Dorothy A. Phillips | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 21 | Roosevelt Quinn, Jr & Alois Quinn | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 22 | Murray Fields | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 23 | John C. Sneed & Elizabeth J. Sneed | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 24 | Gaither O. Ward | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 25 | Lois Pearl | 7100-000 | N/A | 182,108.93 | 182,108.93 | 3,051.76 |
| 26 | Leo Pearl | 7100-000 | 500,000.00 | 4,596.77 | 4,596.77 | 77.03 |
| 27 -2 | Leo Pearl | 7100-000 | N/A | 606,000.00 | 606,000.00 | 10,155.29 |
| NOTFILED | Levy c/o Belluck & Fox LLP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Leiterman Felt & Nonwoven Textile | 7100-000 | 11,533.39 | N/A | N/A | 0.00 |
| NOTFILED | Lipinis c/o Randy J. Gori Gori Julian & Assoc PC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Marino c/o Weitz & Luxembourgh | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MacDonald c/o Weitz & Luxembourgh | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Lawson c/o Belluck & Fox LLP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | McKim c/o Weitz & Luxembourgh | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Merkel c/o Robert E. Paul Paul Reich & Myers PC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Holly's Universal Pallet | 7100-000 | 612.50 | N/A | N/A | 0.00 |
| NOTFILED | L Communications | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | FSI Direct, Inc. | 7100-000 | 1,231.52 | N/A | N/A | 0.00 |
| NOTFILED | Erdle Perforating | 7100-000 | 4,152.75 | N/A | N/A | 0.00 |
| NOTFILED | FedEx | 7100-000 | 535.24 | N/A | N/A | 0.00 |
| NOTFILED | Global Material Technologies | 7100-000 | 1,765.20 | N/A | N/A | 0.00 |
| NOTFILED | Granat industries, Inc. | 7100-000 | 1,054.69 | N/A | N/A | 0.00 |
| NOTFILED | Neopost Mail Finance | 7100-000 | 276.74 | N/A | N/A | 0.00 |
| NOTFILED | Greer, Burns & Crain, Inc. | 7100-000 | 4,814.92 | N/A | N/A | 0.00 |
| NOTFILED | Harkin c/o Robert E. Paul Paul, Reich & Myers PC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | L & M Corrugated Container Co. | 7100-000 | 12,426.56 | N/A | N/A | 0.00 |
| NOTFILED | Peterson Appraisal Group, Ltd. | 7100-000 | 2,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Oakton Sales | 7100-000 | 2,779.19 | N/A | N/A | 0.00 |
| NOTFILED | Strong c/o Horowitz & Tigerman LLP | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Skolnick c/o Weitz & Luxenbourgh | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Spot-Less Maintenance Service | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | Tenenbaum & Tenenbaum, LLC | 7100-000 | 3,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Top Value Fabrics | 7100-000 | 28,517.59 | N/A | N/A | 0.00 |
| NOTFILED | Ziebarth c/o Randy J. Gori Gori, Julian & Associates PC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Weible c/o Randy J. Gori Gori, Julian & Associates, | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Whitkier c/o Shrader & Associates LP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Schmaruk c/o Robert J. Sweeney Early Ludwick & | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Roadrunner Transportation | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Rock c/o Weitz & Luxenbourgh | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Prestige Impex, Inc. | 7100-000 | 9,079.69 | N/A | N/A | 0.00 |
| NOTFILED | Double D Express Inc. c/o HPA | 7100-000 | 307.68 | N/A | N/A | 0.00 |
| NOTFILED | Pizzola c/o Robert J. Sweeney Early Ludwick & | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | R & B Powder Coatings | 7100-000 | 4,319.00 | N/A | N/A | 0.00 |
| NOTFILED | R & M Trucking | 7100-000 | 127.00 | N/A | N/A | 0.00 |
| NOTFILED | Richter c/o Maune Reichle Hartley French & Mudd LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Raniolo c/o Christopher Hickey Milano Law Building | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Reynolds c/o Nancy T. Williams Brayton & Purcell | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Orkin, Inc. | 7100-000 | 203.00 | N/A | N/A | 0.00 |
| NOTFILED | Cruz c/o Marc J. Bern Napoli Bern Ripca & Assoc., LP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dotson c/o Randy J. Gori Gori, Julian & Assoc., PC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Audio-Tel Communications, Inc. | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | American Nameplate | 7100-000 | 1,030.47 | N/A | N/A | 0.00 |
| NOTFILED | Ample Supply | 7100-000 | 90.50 | N/A | N/A | 0.00 |
| NOTFILED | Bearden c/o Craig Coleman | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bruin Plastics Company, Inc. | 7100-000 | 1,161.16 | N/A | N/A | 0.00 |
| NOTFILED | Berardi c/o Joseph P. Williams | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Covers Etc., Inc. | 7100-000 | 1,329.03 | N/A | N/A | 0.00 |
| NOTFILED | CIT Group/Commercial Services | 7100-000 | 6,795.98 | N/A | N/A | 0.00 |
| NOTFILED | Contour Landscaping | 7100-000 | 409.00 | N/A | N/A | 0.00 |
| NOTFILED | American Metal Perforating | 7100-000 | 3,930.10 | N/A | N/A | 0.00 |
| NOTFILED | Amari & Locallo | 7100-000 | 1,528.34 | N/A | N/A | 0.00 |
| NOTFILED | A+ Products | 7100-000 | 647.31 | N/A | N/A | 0.00 |
| NOTFILED | ADT Security Services | 7100-000 | 2,340.97 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | ACS Industries, Inc. | 7100-000 | 12,195.73 | N/A | N/A | 0.00 |
| NOTFILED | Alpha Associates, Inc. | 7100-000 | 3,156.00 | N/A | N/A | 0.00 |
| NOTFILED | Air World, Inc. | 7100-000 | 1,367.47 | N/A | N/A | 0.00 |
| NOTFILED | AJ Horne, Inc. | 7100-000 | 673.37 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $763,746.42 | $928,610.07 | $928,610.07 | $15,561.57 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-02916  
**Case Name:** RESILLO PRESS PAD CO.

**Trustee:** (330720)  RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 01/25/13 (f)  
**§341(a) Meeting Date:** 03/12/13

**Period Ending:** 01/09/15

**Claims Bar Date:** 06/13/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | First Midwest Bank Checking Account<br>Imported from original petition Doc# 1 | 2,482.32 | 1,911.15 | | 1,841.42 | FA |
| 2 | Deposits with Nicor Gas - 3 payments of $6610.10<br>Imported from original petition Doc# 1 | 14,239.98 | Unknown | | 6,442.36 | FA |
| 3 | Insurance Policies<br>Imported from original petition Doc# 1 | 0.00 | Unknown | | 137.00 | FA |
| 4 | Accounts Receivable - total on books $68,826.34.<br>Imported from original petition Doc# 1 | Unknown | Unknown | | 11,764.06 | FA |
| 5 | 2004 Nissan Murano<br>Imported from original petition Doc# 1 (See Footnote) | 6,500.00 | 6,500.00 | | 2,500.00 | FA |
| 6 | Forklift Truck - approx 8 years old<br>Imported from original petition Doc# 1 (See Footnote) | 3,000.00 | 3,000.00 | OA | 0.00 | FA |
| 7 | 2 Safes, 4 filing cabinets and miscellaneous off<br>Imported from original petition Doc# 1 (See Footnote) | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 8 | 3 desktops and main frame - all 3-5 years old<br>Imported from original petition Doc# 1 (See Footnote) | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 9 | Equipment: hydraulic presses, spot welders, etc.<br>Imported from original petition Doc# 1 (See Footnote) | 25,000.00 | 0.00 | OA | 0.00 | FA |
| 10 | Carts and Conveyor System - affixed to real prop<br>Imported from original petition Doc# 1 (See Footnote) | Unknown | Unknown | OA | 0.00 | FA |
| 11 | Air Compressor - purchased 6 years ago<br>Imported from original petition Doc# 1 (See Footnote) | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 12 | Inventory: finished goods<br>Imported from original petition Doc# 1 (See Footnote) | 0.00 | 0.00 | OA | 0.00 | FA |
| 12 | **Assets    Totals** (Excluding unknown values) | **$56,722.30** | **$11,411.15** | | **$22,684.84** | **$0.00** |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-02916
**Case Name:** RESILLO PRESS PAD CO.

**Trustee:** (330720) RICHARD M. FOGEL
**Filed (f) or Converted (c):** 01/25/13 (f)
**§341(a) Meeting Date:** 03/12/13

**Period Ending:** 01/09/15

**Claims Bar Date:** 06/13/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| RE PROP# 5    Per o/c dated 4-23-13 | | | | | |
| RE PROP# 6    Abandoned per o/c 5-8-13 | | | | | |
| RE PROP# 7    Abandoned per o/c 5-8-13 | | | | | |
| RE PROP# 8    Abandoned per o/c 5-8-13 | | | | | |
| RE PROP# 9    Abandoned per o/c 5-8-13 | | | | | |
| RE PROP# 10   Abandoned per o/c 5-8-13 | | | | | |
| RE PROP# 11   Abandoned per o/c 5-8-13 | | | | | |
| RE PROP# 12   Abandoned per o/c 5-8-13 | | | | | |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 30, 2014    **Current Projected Date Of Final Report (TFR):**    October 23, 2014  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-02916  
**Case Name:** RESILLO PRESS PAD CO.  
**Taxpayer ID #:** **-***3345  
**Period Ending:** 01/09/15  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/11/13 | {4} | SOUTHWEST LAUNDRY EQUIPMENT | Final payment ##34580. 34581 & 34584 | 1121-000 | 1,695.50 | | 1,695.50 |
| 02/11/13 | {4} | ZELLERMAYER SUPPLY CORP. | Installment payment | 1121-000 | 568.56 | | 2,264.06 |
| 02/11/13 | {4} | ZELLERMAYER SUPPLY COMPANY | Installment payment | 1121-000 | 500.00 | | 2,764.06 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,754.06 |
| 03/19/13 | {1} | FIRST MIDWEST BANK | Balance on deposit in checking account | 1129-000 | 1,841.42 | | 4,595.48 |
| 03/26/13 | {5} | LEO PEARL | Offer for right, title and interest in Nissan | 1129-000 | 2,500.00 | | 7,095.48 |
| 03/28/13 | {3} | METLIFE | Premium suspense | 1129-000 | 88.00 | | 7,183.48 |
| 03/28/13 | {2} | NICOR | Refund | 1129-000 | 5,630.00 | | 12,813.48 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 12,803.48 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.64 | 12,783.84 |
| 05/29/13 | {4} | SOUTHWEST LAUNDRY EQUIPMENT | Invoice #34582 | 1121-000 | 9,000.00 | | 21,783.84 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.99 | 21,764.85 |
| 06/17/13 | {3} | AMTRUST NORTH AMERICA | Refund for Final Premium Audit on W/C Policy | 1129-000 | 49.00 | | 21,813.85 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.23 | 21,784.62 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.46 | 21,750.16 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.28 | 21,718.88 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.19 | 21,688.69 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.31 | 21,654.38 |
| 11/21/13 | {2} | NICOR GAS | Refund | 1129-000 | 812.36 | | 22,466.74 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.30 | 22,437.44 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.49 | 22,401.95 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.29 | 22,368.66 |
| 02/04/14 | 101 | INTERNATIONAL SURETIES, LTD. | Surety bond premium #016026455 | 2300-000 | | 18.10 | 22,350.56 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.01 | 22,320.55 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.03 | 22,289.52 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.19 | 22,255.33 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.01 | 22,223.32 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.89 | 22,192.43 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.11 | 22,157.32 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.80 | 22,126.52 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.94 | 22,092.58 |
| 11/20/14 | 102 | POPOWCER KATTEN, LTD. | Dividend paid 100.00% on $3,480.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 3,480.50 | 18,612.08 |

Subtotals :   $22,684.84   $4,072.76

{} Asset reference(s)

Printed: 01/09/2015 06:25 AM   V.13.20

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-02916  
**Case Name:** RESILLO PRESS PAD CO.  
**Taxpayer ID #:** **-***3345  
**Period Ending:** 01/09/15

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1366 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/20/14 | 103 | United Parcel Service | 1.67% dividend on Claim # 1, Ref: | 7100-000 | | 40.08 | 18,572.00 |
| 11/20/14 | 104 | Komar Alliance LLC | 1.67% dividend on Claim # 2, Ref: | 7100-000 | | 9.54 | 18,562.46 |
| 11/20/14 | 105 | Briggs Textile Co. Inc. | 1.67% dividend on Claim # 3, Ref: | 7100-000 | | 50.15 | 18,512.31 |
| 11/20/14 | 106 | Ciro Scaletta, Ltd. | 1.67% dividend on Claim # 4, Ref: | 7100-000 | | 42.84 | 18,469.47 |
| 11/20/14 | 107 | Monarch Textiles Inc | 1.67% dividend on Claim # 5, Ref: | 7100-000 | | 34.27 | 18,435.20 |
| 11/20/14 | 108 | Four River Sales Corporation | 1.67% dividend on Claim # 6, Ref: | 7100-000 | | 46.65 | 18,388.55 |
| 11/20/14 | 109 | Hampco West Corp | 1.67% dividend on Claim # 7, Ref: | 7100-000 | | 98.81 | 18,289.74 |
| 11/20/14 | 110 | Foam Products Corporation | 1.67% dividend on Claim # 8, Ref: | 7100-000 | | 594.15 | 17,695.59 |
| 11/20/14 | 111 | Central Steel & Wire Company | 1.67% dividend on Claim # 9, Ref: | 7100-000 | | 386.73 | 17,308.86 |
| 11/20/14 | 112 | McMaster-Carr Supply Company | 1.67% dividend on Claim # 10, Ref: | 7100-000 | | 5.04 | 17,303.82 |
| 11/20/14 | 113 | Southern Mills, Inc. | 1.67% dividend on Claim # 11, Ref: | 7100-000 | | 626.31 | 16,677.51 |
| 11/20/14 | 114 | FedEx TechConnect, Inc., Assg of Federal Express | 1.67% dividend on Claim # 12, Ref: | 7100-000 | | 239.66 | 16,437.85 |
| 11/20/14 | 115 | Wertheimer Box and Paper Corp | 1.67% dividend on Claim # 14, Ref: | 7100-000 | | 27.33 | 16,410.52 |
| 11/20/14 | 116 | YRC, Inc | 1.67% dividend on Claim # 15, Ref: | 7100-000 | | 75.93 | 16,334.59 |
| 11/20/14 | 117 | Lois Pearl | 1.67% dividend on Claim # 25, Ref: | 7100-000 | | 3,051.76 | 13,282.83 |
| 11/20/14 | 118 | Leo Pearl | 1.67% dividend on Claim # 26, Ref: | 7100-000 | | 77.03 | 13,205.80 |
| 11/20/14 | 119 | 6950 Central Park Partnership | 1.67% dividend on Claim # 27, Ref: Voided on 12/08/14 | 7100-000 | | 10,155.29 | 3,050.51 |
| 11/20/14 | 120 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,050.51 | 0.00 |
| | | | Dividend paid 100.00%      3,018.48 on $3,018.48;  Claim# A; Filed: $3,018.48 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%      32.03 on $32.03;  Claim# B; Filed: $32.03 | 2200-000 | | | 0.00 |
| 12/08/14 | 119 | 6950 Central Park Partnership | 1.67% dividend on Claim # 27, Ref: Voided: check issued on 11/20/14 | 7100-000 | | -10,155.29 | 10,155.29 |
| 12/09/14 | 121 | Leo Pearl | Replace #119 | 7100-000 | | 10,155.29 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 22,684.84 | 22,684.84 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 22,684.84 | 22,684.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22,684.84** | **$22,684.84** | |

{} Asset reference(s)

Printed: 01/09/2015 06:25 AM    V.13.20

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 13-02916 | | **Trustee:** | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| **Case Name:** | RESILLO PRESS PAD CO. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******1366 - Checking Account |
| **Taxpayer ID #:** | **-***3345 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 01/09/15 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Net Receipts : | 22,684.84 | | | | |
| | | Net Estate : | $22,684.84 | | | | |

| | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- | --- |
| | Checking # ******1366 | 22,684.84 | 22,684.84 | 0.00 |
| | | $22,684.84 | $22,684.84 | $0.00 |

{} Asset reference(s)

Printed: 01/09/2015 06:25 AM    V.13.20